UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE:   Michael Gary Maser

CASE NO.:   3:06-cr-0006-LRH

SUPERVISION REPORT
REQUEST FOR MODIFICATION OF RELEASE CONDITIONS

March 31, 2006

TO:   THE HONORABLE LARRY R. HICKS
U.S. District Judge

On August 14, 2002, Maser was sentenced by U.S. District Judge Thrash for the Northern District of Georgia to 41 months imprisonment with a 3 year term of supervised release after having pled guilty to one count of Use of an Interstate Facility to Entice a Child to Engage in Sexual Activity. On September 9, 2005, Maser commenced his term of supervised release in the District of Nevada. On January 6, 2006, Your Honor accepted jurisdiction of this case.

In an effort to enhance our supervision capabilities, we are attaching a Waiver of Hearing to Modify Conditions of Supervised Release adding Warrantless Search. Maser is in agreement as reflected on the form.

**PRAYING THAT THE COURT WILL ORDER THAT CONDITIONS OF SUPERVISION BE MODIFIED TO INCLUDE: Warrantless Search** - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

ORDER OF COURT: Supervision Modified

Considered and ordered this _____ day of _____, 2006, and ordered filed and made a part of the records in the above case.

_____
Larry R. Hicks
U.S. District Judge

Respectfully submitted,

_____
Todd E. White
Sr. United States Probation Officer

Date: March 31, 2006

Reviewed by: _____
Rick L. Oehlerking
Supervising U.S. Probation Officer

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search** - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

Witness _____  Signed _____
U.S. Probation Officer                                            Probationer or Supervised Releasee

3/30/06
_____
Date